UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:                                               CASE NO.: 18-51398
                                                                           CHAPTER 13

Miles Scott McCormick,

    Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                             RAS Crane, LLC
                                             Authorized Agent for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425
                                             By: /s/Sean Ferry
                                             Sean Ferry, Esquire
                                             Email: sferry@rasflaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on July 3, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

FARSAD LAW OFFICES
2905 STENDER WAY #76
SANTA CLARA, CA 95054

MILES SCOTT MCCORMICK
1039 UNIVERSITY AVENUE
PALO ALTO, CA 94301

DEVIN DERHAM-BURK
STANDING CH.13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

OFFICE OF THE U.S. TRUSTEE / SJ
U.S. FEDERAL BLDG.
280 S 1ST ST. #268
SAN JOSE, CA 95113-3004

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Sean Ferry
Sean Ferry, Esquire
Email: sferry@rasflaw.com